**People of the State of Illinois, Plaintiff-Appellee, v. Earnest Harris (Impleaded), Defendant-Appellant.**

Gen. No. 53,600. (Abstract of Decision.)

First District, First Division.

December 19, 1969.

Gerald W. Get-

ty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**